1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
       1420 E. Cooley Dr., Suite 100
3      Colton, California 92324
4      Telephone: (909) 796-4560
       Facsimile:  (909) 796-3402
5      E-Mail: Bill.latour@verizon.net
6
7  Attorney for Plaintiff

8             UNITED STATES DISTRICT COURT
9       CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10 PETE MARTINEZ,                    )   No.  SACV 09-745 FFM
11                                   )
                                     )
12     Plaintiff,                    )   [PROPOSED] ORDER AWARDING
                                     )   EAJA FEES
13     v.                            )
14                                   )
   MICHAEL J. ASTRUE,                )
15 Commissioner Of Social Security,  )
16                                   )
       Defendant.                    )
17 _____

18     Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19     IT IS ORDERED that EAJA fees are awarded in the amount of TWO
20 THOUSAND TWO HUNDRED EIGHTY NINE DOLLARS  AND 92/100
21 ($2,289.92)subject to the terms of the stipulation.
22     DATE:  March 9, 2011     /S/ FREDERICK F. MUMM
23                              HON. FREDERICK F. MUMM
24                              UNITED STATES MAGISTRATE JUDGE
25
26
27
28

-1-